IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


KEY EQUIPMENT FINANCE, INC.                                              PLAINTIFF

vs.                              2:08CV00087-WRW

JAMES KING                                                              DEFENDANT


ORDER

The above styled matter was filed in this Court on May 9, 2008.  On January 16, 2009, a

Notice of Bankruptcy was filed by the defendant, James King.  Pursuant to the bankruptcy filing

(United States Bankruptcy Court, North District of Mississippi, Case No. 09-10149, Chapter 7), this

case will be held in abeyance until the bankruptcy matter is resolved.  No further action will be taken

on this case and the parties are directed to contact the Court when the bankruptcy has been resolved

and the case may be placed back on the Court's active docket.

The Clerk is directed to administratively terminate this case, without prejudice, to the right

of the parties to file a Motion to Reopen with the bankruptcy matter has been resolved.

IT IS SO ORDERED this 29th day of January, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE


admnterm.bnk2.KeyEquipment.wpd